ATLANTIC MUTUAL FIRE INSURANCE CO. *v.* WILSON, trustee.

BECK, Presiding Justice. This case is controlled by the decision in the case of *Rowland* v. *Wilson*, ante,          , and under that decision the judgment of the court below must be reversed.

*Judgment reversed. All the Justices concur, except Bell, J., who dissents.*

No. 10396.  FEBRUARY 12, 1935.  REHEARING DENIED FEBRUARY 20, 1935.

*McLaws, McLaws & Brennan,* for plaintiff in error.
*Edward C. Brennan,* contra.